LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT: (212) 465-1188
cklee@leelitigation.com

**MEMO ENDORSED**

October 5, 2026

**VIA ECF**
Hon. Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re: *Akimova v. Mercer Street Hospitality, LLC, et al.,* No. 1:26-cv-02725**

Dear Judge Ramos:

We are counsel to Plaintiff in the above-referenced matter. We write in response to the Court's Memo Endorsement on Defendants' letter, which directed Plaintiff to file a letter indicating whether Plaintiff objects to Defendants' filing of an amended answer. (ECF No. 37)

Plaintiff does not object to Defendants' filing of the amended answer. Plaintiff reserves all rights, claims, and arguments to challenge any affirmative defenses asserted in the amended answer. This consent does not affect Plaintiff's pending motion for sanctions.

We thank the Court for its attention to this matter.

Very Truly Yours,

*/s/ C.K. Lee*

C.K. Lee, Esq.

cc: all parties via ECF

Defendants' request for leave to file an amended answer, Doc. 33, is granted. The motion to dismiss and strike is accordingly denied as moot. The Clerk of the Court is respectfully directed to terminate the motion, Doc. 26.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: October 7, 2026
New York, New York